

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-83,772-01

### EX PARTE MICHAEL SCOTT CALL, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 058653-A IN THE 15ᵗʰ DISTRICT COURT
### FROM GRAYSON COUNTY

*Per curiam*.  *Yeary, J., filed a dissenting opinion.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the

clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte*

*Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967).  Applicant was convicted of online solicitation

of a minor and he was sentenced to eight years' imprisonment.  He did not appeal his conviction.

This Court, in *Ex parte Lo*, held unconstitutional the online solicitation of a minor statute for

which Applicant was convicted. *Ex parte Lo*, 424 S.W.3d 10 (Tex. Crim. App. 2013).  Applicant,

through counsel, filed this habeas application based on the *Lo* decision and asks that his conviction

be set aside. The trial court recommends that relief be granted in this cause. We agree in part.[1]

Relief is granted. The judgment in Cause No. 058653 in the 15th District Court of Grayson County is set aside and the cause is remanded so the trial court can dismiss the indictment.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: February 10, 2016
Do not publish

---

[1] Applicant's remaining claims are denied.